# UNITED STATES DISTRICT COURT
for the
## EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Stefan A. Mitchell**                **Docket No. 5:17-MJ-1464-1**

### Petition for Action on Probation

COMES NOW Keith W. Lawrence, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Stefan A. Mitchell, who, upon an earlier plea of guilty to Driving by Person Less Than 21 Years Old After Consuming Alcohol, in violation of 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.3, was sentenced by the Honorable Robert T. Numbers, II, U.S. Magistrate Judge, on August 9, 2017, to 12 months probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant pled guilty by waiver in our court and his supervision was transferred to the Northern District of Georgia. Since being placed on probation, the Northern District of Georgia reported that the defendant failed to report to their office within 72 hours of being sentenced and on September 26, 2017, the defendant submitted a urine screen that tested positive for marijuana. When confronted with the results, the defendant verbally admitted to smoking marijuana. In an effort to effectively monitor the defendant's substance abuse, the supervising officer in the Northern District of Georgia has recommended that the defendant's judgment be modified to include a drug aftercare condition**.** The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall participate in a program of testing and/or treatment for drug and/or alcohol abuse, as directed by the United States Probation Officer and if able, contribute to the cost of services for such treatment.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                I declare under penalty of perjury that the foregoing
                            is true and correct.


/s/ Michael C. Brittain                /s/ Keith W. Lawrence
Michael C. Brittain                  Keith W. Lawrence
Supervising U.S. Probation Officer            Senior U.S. Probation Officer
                            150 Rowan Street, Suite 110
                            Fayetteville, NC 28301
                            Phone: 910-354-2538
                            Executed On: October 25, 2017

### ORDER OF THE COURT
Considered and ordered on October 26, 2017     . It is further ordered that this document shall be filed and made a part of the records in the above case.


*Robert T Numbers II*

Robert T. Numbers, II
United States Magistrate Judge